## Residential Rental Agreement

**Clause 1. Identification of Landlord and Tenant**
This Agreement is entered into between _Jeannette Conrad_ ("Tenant") and _Svetlang & Derek Brown_ ("Landlord"). Each Tenant is jointly and severally liable for the payment of rent and performance of all other terms of this Agreement.

**Clause 2. Identification of Premises**
Subject to the terms and conditions in this Agreement, Landlord rents to Tenant, and Tenant rents from Landlord, for residential purposes only, the premises located at _806 Harvard st Oak Park_ ("the premises"), together with the following furnishings and appliances: _Washer, Dryer, fridge, stove, dishwasher_
Rental of the premises also includes: _Heated parking space and garage_

**Clause 3. Limits on Use and Occupancy**
The premises are to be used only as a private residence for Tenant(s) listed in Clause 1 of this Agreement and the following minor children: _Christopher Conrad, Elizabeth Conrad_. Occupancy by guests for more than _2 weeks_ is prohibited without Landlord's written consent and will be considered a material breach of this Agreement.

**Clause 4. Term of the Tenancy**
The term of the rental will begin on _April 1, 2012_ and continue on a month-to-month basis. Landlord may terminate the tenancy or modify the terms of this Agreement by giving the Tenant _30_ days written notice. Tenant may terminate the tenancy by giving the Landlord _30_ days written notice.

**Clause 5. Payment of Rent**
**Regular monthly rent.**
Tenant will pay to Landlord a monthly rent of $ _2300.00_ payable in advance on the first day of each month, except when that day falls on a weekend or a legal holiday, in which case rent is due on the next business day. Rent will be paid in the following manner unless Landlord designates otherwise:

**Delivery of payment.**
Rent will be paid:
[X] by mail, to _1711 Yucca Lane, Emporia, KS 66801_
[ ] in person, at _____

**Form of payment.**
Landlord will accept payment in these forms:
[X] personal check made payable to _Svetlang Brown_
[ ] cashier's check made payable to
[ ] credit card.
[ ] money order.
[ ] cash.
[ ] other (specify, such as credit card or automatic debit):

**Prorated first month's rent.**
For the period from Tenant's move-in date _n/a_ through the end of the

EXHIBIT A

Page *2* of *4*

month, Tenant will pay to Landlord a prorated monthly rent of $ __*N/A*__ This amount will be paid on or before the date the Tenant moves in.

### Clause 6. Late Charges
If Tenant fails to pay the rent in full before the end of the __*15th*__ day after it's due, Tenant will pay Landlord a late charge of $ __*75.00*__, plus $ __*0*__ for each additional day that the rent remains unpaid. The total late charge for any one month will not exceed $ __*15*__. Landlord does not waive the right to insist on payment of the rent in full on the date it is due.

### Clause 7. Returned Check and Other Bank Charges
If any check offered by Tenant to Landlord in payment of rent or any other amount due under this Agreement is returned for lack of sufficient funds, a "stop payment" or any other reason, Tenant will pay Landlord a returned check charge of $ __*25.00*__

### Clause 8. Security Deposit
On signing this Agreement, Tenant will pay to Landlord the sum of $ __*900.00*__ *(paid on 8/30/1)* as a security deposit. Tenant may not, without Landlord's prior written consent, apply this security deposit to the last month's rent or to any other sum due under this Agreement. Within __*30 days*__ after Tenant has vacated the premises, returned keys and provided Landlord with a forwarding address, Landlord will return the deposit in full or give Tenant an itemized written statement of the reasons for, and the dollar amount of, any of the security deposit retained by Landlord, along with a check for any deposit balance.
Other details on security deposit: __*Original Security Deposit was $1200. $300.00 were used to pay portion on rent for August, 2010*__

### Clause 9. Utilities
Tenant will pay all utility charges, except for the following, which will be paid by Landlord:
__*all utilities are paid by Tenants*__

### Clause 10. Assignment and Subletting
Tenant will not sublet any part of the premises or assign this Agreement without the prior written consent of Landlord.

### Clause 11. Tenant's Maintenance Responsibilities
Tenant will:
a. keep the premises clean, sanitary and in good condition and, upon termination of the tenancy, return the premises to Landlord in a condition identical to that which existed when Tenant took occupancy, except for ordinary wear and tear and any additions or alterations authorized by Landlord
b. immediately notify Landlord of any defects or dangerous conditions in and about the premises of which Tenant becomes aware, and
c. reimburse Landlord, on demand by Landlord, for the cost of any repairs to the premises damaged by Tenant or Tenant's guests or business invitees through misuse, accident or neglect.
Tenant has examined the premises, including appliances, fixtures, carpets, drapes and paints, and has found them to be in good, safe and clean condition and repair, except as noted in the Landlord-Tenant Checklist.

### Clause 12. Repairs and Alterations by Tenant
a. Except as provided by law or as authorized by the prior written consent of Landlord, Tenant will not make any repairs or alterations to the premises, including nailing holes in the walls or painting the rental unit.
b. Unless authorized by law, Tenant will not, without Landlord's prior written consent, alter, re-key or premises or install or alter any burglar alarm system. Tenant will provide Landlord with a key or keys

capable of unlocking all such re-keyed or new locks as well as instructions on how to disarm any altered or new burglar alarm system.

### Clause 13. Violating Laws and Causing Disturbances
Tenant and guests or invitees will not use the premises or adjacent areas in such a way as to:
a. violate any law or ordinance, including laws prohibiting the use, possession or sale of illegal drugs
b. commit waste (severe property damage), or
c. create a nuisance by annoying, disturbing, inconveniencing or interfering with the quiet enjoyment and peace and quiet of any other tenant or nearby resident.

### Clause 14. Pets
No animal, bird or other pet will be kept on the premises, even temporarily, except properly trained dogs needed by blind, deaf or disabled persons and __N/A__ under the following conditions: __N/A__

### Clause 15. Landlord's Right to Access
Landlord or Landlord's agents may enter the premises in the event of an emergency, to make repairs or improvements or to show the premises to prospective buyers or tenants. Landlord may also enter the premises to conduct an annual inspection to check for safety or maintenance problems. Except in cases of emergency, Tenant's abandonment of the premises, court order or where it is impractical to do so, Landlord shall give Tenant __48 Hours__ notice before entering.

### Clause 16. Extended Absences by Tenant
Tenant will notify Landlord in advance if Tenant will be away from the premises for __14 days__ or more consecutive days. During such absence, Landlord may enter the premises at times reasonably necessary to maintain the property and inspect for needed repairs.

### Clause 17. Possession of the Premises
**a. Tenant's failure to take possession.**
If, after signing this Agreement, Tenant fails to take possession of the premises, Tenant will still be responsible for paying rent and complying with all other terms of this Agreement.

**b. Landlord's failure to deliver possession.**
If Landlord is unable to deliver possession of the premises to Tenant for any reason not within Landlord's control, including but not limited to partial or complete destruction of the premises, Tenant will have the right to terminate this Agreement upon proper notice as required by law. In such event, Landlord's liability to Tenant will be limited to the return of all sums previously paid by Tenant to Landlord.

### Clause 18. Tenant Rules and Regulations
Tenant acknowledges receipt of, and has read a copy of, tenant rules and regulations, which are attached to and incorporated into this Agreement by this reference.

### Clause 19. Payment of Court Costs and Attorney Fees in a Lawsuit
In any action or legal proceeding to enforce any part of this Agreement, the prevailing party [X] shall not [ ] shall recover reasonable attorney fees and court costs.

### Clause 20. Disclosures
Tenant acknowledges that Landlord has made the following disclosures regarding the premises:
[X] disclosure of information on lead-based paint and/or lead-based paint hazards
[ ] other disclosures:

**Clause 21. Authority to Receive Legal Papers**
The Landlord, any person managing the premises and anyone designated by the Landlord are authorized to accept service of process and receive other notices and demands, which may be delivered to:
[ ] the Landlord, at the following address:_____
[ ] the manager, at the following address:_____
[X] the following person, at the following address:_____

**Clause 22. Additional Provisions**
Additional provisions are as follows:

**Clause 23. Validity of Each Part**
If any portion of this Agreement is held to be invalid, its invalidity will not affect the validity or enforceability of any other provision of this Agreement.

**Clause 24. Grounds for Termination of Tenancy**
The failure of Tenant or their guests or invitees to comply with any term of this Agreement is grounds for termination of the tenancy, with appropriate notice to Tenant and procedures as required by law.

**Clause 25. Entire Agreement**
This document and any Attachments constitutes the entire Agreement between the parties, and no promises or representations, other than those contained here and those implied by law, have been made by Landlord or Tenant. Any modifications to this Agreement must be in writing signed by Landlord and Tenant.

Landlord/Agent's signature: _Svetlana Rov_ on 4/1/12
Title: _owner_
Date: _April 1, 2012_
Address: _1711 Yucca Ln, Emporia, KS 66801_
Phone: _(312) 83_____

Tenant 1's signature: _[signed]_
Print name: _Jeannette Conrad_
Date: _4/1/12_

Tenant 2's signature: _____
Print name: _____
Date: _____

Tenant 3's signature: _____
Print name: _____
Date _____

## OWNERS' FIVE DAY NOTICE

You are hereby notified that there is now due the sum of $13,800 (1) Rent per month $2,300, Rent due January, 2012 and from October 2012 through February 2013, being rent for the premises situated in Oak Park, County of Cook, State of Illinois and known as and described as follows to wit: 806 Harvard Street, Oak Park, IL together with all buildings, storage areas, parking spaces, garages and recreational spaces used in conjunction with said premises.

And you are further notified that payment of said sum so due has been and is hereby demanded of you and that unless payment thereof is made on or before the expiration of five (5) days after service of this notice, your right of possession under the lease of said premises will be terminated.

Only FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate your right of possession under this notice, unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

TO: **Jeannette M. Conrad**  
**Any Non-Record Tenants**  
**806 Harvard Street**  
**Oak Park, Illinois 60304**

Wesley E. Johnson  
105 W. Madison St., Ste. 1500, Chicago, IL 60602  
is authorized to receive said rent, so due

Dated this 15th day of **February, 2013**

Svetlana and Derek Brown, Owners

by: _____  
Wesley E. Johnson, Attorney


EXHIBIT B

## AFFIDAVIT AND PROOF OF SERVICE

State of Illinois   }

County of Cook   }

Jessica Tovrov, being duly sworn, on oath deposes and states that on the 15th day of February, 2013, he/she served the above notice on the tenant names above, as follows:

(1) ~~by delivering a copy thereof to the named tenant,~~ _____

(2) ~~by delivering copy thereof to~~ _____ ~~a member of the household above the age of thirteen~~ (13) ~~years of age~~.

(3) By sending a copy thereof to said tenant by certified mail, return receipt requested, postage prepaid, at the address for that tenant at the beginning of the tenant's occupancy/lease or at such other address as tenant may subsequently have designated by written notice.

**Under penalty of perjury as provided by law pursuant to 735 ILCS 5/1-109, IL. COMPILED STATUTES, I certify that the statements set forth in this instrument are true and correct, and the undersigned verily believes same to be true.**

_____
AFFIANT

## AFFIDAVIT AND PROOF OF SERVICE

State of Illinois  }

County of _Cook_  }

Jessica Tovrov, being duly sworn, on oath deposes and states that on the 15th day of February, 2013, he/she served the above notice on the tenant names above, as follows:

(1) by delivering a copy thereof to the named tenant, _____

(2) by delivering copy thereof to _CHRIS CONRAD_ a member of the household above the age of thirteen (13) years of age.

(3) ~~By sending a copy thereof to said tenant by certified mail, return receipt requested, postage prepaid, at the address for that tenant at the beginning of the tenant's occupancy/lease or at such other address as tenant may subsequently have designated by written~~ notice.

Under penalty of perjury as provided by law pursuant to 735 ILCS 5/1-109, IL. COMPILED STATUTES, I certify that the statements set forth in this instrument are true and correct, and the undersigned verily believes same to be true.

_____
AFFIANT

# Affidavit of Process Server

| _____ | _____ | _____ |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Karl Brown_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Jeannette Conrad_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Alias Summons and Complaint

by serving (NAME)
at ☐ Home _506 Harvard St Oak Park_
☐ Business
☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address  ☒ Evading  ☐ Other: _Light on in house on 2 attempts. Car in driveway_
- ☐ Address does not exist  ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _3-30-13 8:47A_ ( ) _4-1-13 7:34A_ ( ) _____
( ) _3-28-13 8:47P_ ( ) _3-31-13 7:58P_ ( ) _____ ( ) _____

**Description:**
| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this _3_ day of _April_, 20_13_

_____
Notary Public

SERVED BY _Karl Brown_
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW _____
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

**EXHIBIT C**

36443

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT - FOURTH DISTRICT

| | |
|---|---|
| DEREK and SVETLANA BROWN, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 13 M4 299 |
| ) | |
| JEANNETTE CONRAD, NON- ) | |
| RECORD TENANTS and UNKNOWN ) | |
| OCCUPANTS, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's Motion for Service of Summons and Complaint by Special Order of Court is granted. Plaintiffs may serve Defendants by the following means:

    a.    Via U.S Mail, First Class, to Defendant's home address described below ~~above~~;

    b.    Via U.S. Express Mail to Defendant's home address described below ~~above~~;

    c.    By taping and posting a copy of the summons and complaint on the front door of Defendant's home address of 806 Harvard St., Oak Park, IL.

A copy of this order shall accompany all forms of service

Atty. #:    36443
Name:    Wesley E. Johnson
Atty. For:    Plaintiff
Address:    105 West Madison Street, Suite 1500
             Chicago, IL 60602
Telephone:    (312) 752-4756



ENTERED:
Dated: APR 06 2013
Judge    Judge's #

# Affidavit of Process Server

**Derek & Stefana Brown**    **Jeanette Conrad, et al.**    **13M4299**
Plaintiff/Petitioner       Defendant/Respondent       Case#

Being duly sworn, on my oath, I **Karl Brown**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Jeanette Conrad**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ **Second Alias Summons, Complaint and Order**

by serving (NAME) **Posted on Front Door**
at ☒ Home  **806 Harvard St. Oak Park, Ill**
☐ Business
on (DATE) **4-10-13**  at (TIME) **1:50 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) **mailed 4/10/13**
From (CITY) **Chicago**  (STATE) **Illinois**

**Manner of Service:**
- ☐ By Personal Service
- ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☒ By posting copies in a conspicuous manner to the address of the person/entity being served. **ON FRONT DOOR**

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address    ☐ Evading    ☐ Other: _____
- ☐ Address does not exist    ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME, ( ) DATE TIME

**Description:**
- ☐ Male  ☐ Female  ☐ Glasses
- ☐ White Skin  ☐ Black Skin  ☐ Brown Skin  ☐ Yellow Skin  ☐ Red Skin
- ☐ Black Hair  ☐ Brown Hair  ☐ Blond Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☐ 36-50 Yrs.  ☐ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'-5'3"  ☐ 5'4"-5'8"  ☐ 5'9"-6'  ☐ Over 6'
- ☐ Under 100 Lbs.  ☐ 100-130 Lbs.  ☐ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

SERVED BY **Karl Brown**
LASALLE PROCESS SERVERS
OFFICIAL SEAL ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this **11** day of **April**, 20**13**

ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/17/15

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS