UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jeannette Conrad,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-16577<br><br>Chapter: 7<br>Honorable Jacqueline Cox |

### Order Lifting Automatic Stay

THIS MATTER COMING TO BE HEARD on the Motion Pursuant to § 362(d)(1) to Lift the Automatic Stay, filed by Derek and Svetlana Brown, due and proper notice having been provided and the Court being advised in the premises;

IT IS HEREBY ORDERED:

Pursuant to § 362(d)(1), the automatic stay is lifted to allow Derek and Svetlana Brown to pursue eviction proceedings against the Debtor.

Enter:

*Jacqueline P. Cox*
United States Bankruptcy Judge

Dated: May 1, 2013

**Prepared by:**
Goodman Tovrov Hardy & Johnson LLC
105 West Madison St.
Suite 1500
Chicago IL 60602
312.252.7362

Rev: 20130104_bko