UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-16577 |
| Jeannette Conrad, | ) Chapter 7 |
| Debtor. | ) |
| | ) Hon. Jacqueline P. Cox |

## NOTICE OF MOTION

Please take notice that on May 8, 2013 at 9:30 a.m., I shall appear before the Honorable Jacqueline P. Cox, in Courtroom 680, U.S. Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois and present the attached **Motion To Amend Order to Lift the Automatic Stay**.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on May 3, 2013, she served the **Motion To Amend Order to Lift the Automatic Stay** on all parties on the electronic service list maintained by the Court, by means of the Court's ECF system.

/s/ Jessica Tovrov

Goodman Tovrov Hardy & Johnson LLC
105 West Madison St.
Suite 1500
Chicago IL 60602
312.252.7362

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )  Case No. 13-16577
Jeannette Conrad,                           )  Chapter 7
                        Debtor.             )
                                            )  Hon. Jacqueline P. Cox
                                            )
                                            )

**MOTION TO AMEND ORDER LIFTING THE AUTOMATIC STAY**

Derek and Svetlana Brown ("Lessors") ask this Court to amend the order entered on May 1, 2013, and in support hereof respectfully state as follows:

1. On May 1, the Court granted the Lessors' motion and entered an order lifting the automatic stay to allow them to continue eviction proceedings against the Debtor located at 806 Harvard Street, Oak Park, Illinois.

2. Lessors' counsel neglected to ask the Court for relief from Rule 4001(a)(3), which stays relief from the § 362 automatic stay for 14 days.

3. At the moment Debtor's default is over $15,000, and Lessors want to rerent the unit as soon as possible.

WHEREFORE, Lessors request that this Court amend the order entered on May 1, 2013, to provide that the 14 day stay imposed by Bankruptcy Rule 4001(a)(1) not apply in this matter and that the Lessors can move ahead with eviction proceedings.

2

        Respectfully submitted,
        Derek and Svetlana Brown


/s/ Jessica Tovrov
One of their attorneys


Jessica Tovrov
Wesley Johnson
Goodman Tovrov Hardy & Johnson LLC
105 West Madison St.
Suite 1500
Chicago IL 60602
312.252.7362