# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO.  13-16577 |
| | ) |
| JEANNETTE CONRAD | ) CHAPTER  7 |
| DEBTOR | ) |

## OBJECTION

Comes now the debtor, and hereby objects to the motion to alter, amend or vacate filed by Creditor for the following reasons:

1. The relief sought was not requested in Creditor's original motion; and,

2. The within Motion was filed on May 7, 2013 and noticed for hearing on May 8, 2013, in violation of LBR 9013-1 D; and,

3. Despite Creditors original motion, Creditor has had unclean hands in this matter, causing harm to the debtor which has resulted in debtor having to file the within emergency petition; and,

4. Debtor is unable to attend the hearing on this motion due to the late notice of same.

Wherefore, Debtor requests the within motion be denied for the reasons set forth above.

Respectfully Submitted:

/s/Jeannette M. Conrad
Jeannette M. Conrad
806 Harvard
Oak Park, Il 60304
312-841-1350
jmconradlaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within objection was served upon all parties via ecf on this the 7th day of May 2013.

/s/Jeannette M. Conrad
Jeannette M. Conrad