UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jeannette Conrad,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-16577<br><br>Chapter: 7<br><br>Honorable Jacqueline Cox |

**Order Amending Order to Lift Automatic Stay**

This Matter Coming to be Heard on the Lessors' Motion to Amend the Order Lifting the Automatic Stay, due and proper notice having been provided, and the Court being advised in the premises;

It is here by ordered that:

Bankruptcy Rule 4001(a)(3) does not apply and Lessors, Derek and Svetlana Brown, can immediately continue eviction proceedings against the Debtor in 806 Harvard Street, Oak Park, Illinois.

Enter: *Jacqueline P. Cox*
J. C.

Dated: 5-8-13

United States Bankruptcy Judge

**Prepared by:**
Goodman Tovrov Hardy & Johnson
105 West Madison St.
Suite 1500
Chicago IL 60602
312.252.7362

Rev: 20130103_bko