UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JEANNETTE CONRAD,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  13-16577<br><br>Chapter:  7<br>Honorable Jacqueline Cox |

**ORDER DISMISSING CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521(a)(1)**

This matter is before the Court on the United States Trustee's motion under 11 U.S.C. § 707(a) to dismiss the case. After notice limited to that given and a hearing, the Court orders that this case is dismissed.

Enter:

*/s/ Jacqueline P. Cox*
United States Bankruptcy Judge

Dated:  6-11-13

**Prepared by:**
Jeffrey S. Snell, Attorney
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 886-0890

Rev: 20120501_bko