Form ntc

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 13−16577
Chapter: 7
Judge: Jacqueline P. Cox

In Re:
   Jeannette Conrad
   806 Harvard
   Oak Park, Il 60304

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5663

Employer Tax ID / Other nos.:

---

### NOTICE

To the Debtor(s), Creditors, and other Parties in Interest:

YOU ARE HEREBY NOTIFIED THAT THE COURT HAS ENTERED AN ORDER DATED, JUNE 11, 2013, DISMISSING THE DEBTOR'S CASE.

FOR THE COURT

Dated: June 12, 2013            Kenneth S. Gardner , Clerk
                                           United States Bankruptcy Court